```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION
```

LESTER JOE HILL                                              PETITIONER

    v.                         2:08-CV-02082-RTD

LARRY NORRIS, Director
Arkansas Department of Corrections                           RESPONDENT

### **ORDER**

Now on this 2nd day of November 2009, there comes on for consideration the report and recommendation filed herein on October 5, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 65). Also before the Court are Petitioner's Objections (Doc. 68).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2254 motion (Doc. 1) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge