IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LESTER JOE HILL                                                            PETITIONER

     v.                 Civil No. 08-2082

LARRY NORRIS, Director
Arkansas Department of Correction                         RESPONDENT

## ORDER

Now on this 14th day of January 2010, there comes on for consideration Lester Joe Hill's request for a certificate of appealability filed on November 24, 2009 (Doc. 73) and Director Norris' response (Doc. 75).

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is DENIED.

                                                         /s/ Robert T. Dawson
                                                         Honorable Robert T. Dawson
                                                         United States District Judge

**AO72A**
**(Rev. 8/82)**